UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,  **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

      -against-

                                                                                                                      -CR-    ( ) ( )

                                                            Defendant(s).
-------------------------------------------------------------------X

Defendant _____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

___    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer


_____ Tamara Giwa for Vicente Otero                    _____
Defendant's Signature                                            Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____            _____
Print Defendant's Name                                              Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

  3/9/21
_____                                            _____
Date                                                           U.S. District Judge/U.S. Magistrate Judge